No. 73–1245.  UNITED STATES ET AL. v. BISCEGLIA. C. A. 6th Cir.  Certiorari granted.

No. 73–1270.  KELLEY v. SOUTHERN PACIFIC Co.  C. A. 9th Cir.  Certiorari granted.

No. 73–1285.  WOOD ET AL. v. STRICKLAND ET AL.  C. A. 8th Cir.  Certiorari granted.

No. 73–1123.  UNITED STATES v. FEOLA.  C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1512.  BROWN ET AL. v. APODACA ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 73–704.  TARIN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 73–716.  GARNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–829.  TOLBERT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–833.  DOYLE v. COMMISSIONER OF PATENTS. C. C. P. A. (Pat.)  Certiorari denied.

No. 73–850.  RON v. UNITED STATES;
No. 73–5825.  GARNER v. UNITED STATES; and
No. 73–5891.  LEE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.